**EXHIBIT 2:** INFRINGEMENT
URL: https://www.blackbirdspyplane.com/p/vampire-weekends-ezra-koenig-tells

