AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| John Taggart | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:24-cv-03422-BLF |
| Substack Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Substack Inc.

Date: 07/05/2024

/s/ Colleen Bal
*Attorney's signature*

Colleen Bal, SBN 167637
*Printed name and bar number*
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105

*Address*

cbal@wsgr.com
*E-mail address*

(415) 947-2000
*Telephone number*

*FAX number*