| | |
|---|---|
| 1 | COLLEEN BAL, SBN 167637 |
| | Email: cbal@wsgr.com |
| 2 | JOSHUA A. BASKIN, SBN 294971 |
| | Email: jbaskin@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 4 | One Market Plaza |
| | Spear Tower |
| 5 | Suite 3300 |
| | San Francisco, CA 94105 |
| 6 | Telephone: (415) 947-2000 |

*Counsel for Defendant Substack Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHN TAGGART | ) | CASE NO.: 5:24-cv-03422-BLF |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | ) | |
| | ) | |
| SUBSTACK INC., | ) | Judge: Hon. Beth Labson Freeman |
| | ) | |
| Defendant. | ) | |

1    Plaintiff John Taggart and Defendant Substack Inc. (together, the "Parties"), by and
2 through their respective counsel of record, stipulate and request that the Court enter an order
3 extending Defendant's time to respond to the Complaint by two weeks, to August 16, 2024.

4    The stipulation is based on the following facts:

5    WHEREAS, the Court's Order of July 5, 2024 (Dkt. 11) was the only previous
6 modification of time in this case, and provides that Defendant has until August 2, 2024 to respond
7 to the Complaint;

8    WHEREAS, the Parties have agreed to a two-week extension to this deadline, moving
9 Defendant's deadline to respond to the Complaint to August 16, 2024;

10    NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties agree, subject
11 to the approval of the Court, as follows:

12    1.    Defendant Substack Inc.'s deadline to respond to the Complaint shall be extended
13 to August 16, 2024.

14    No other deadlines will be affected by this stipulation.

15                                    Respectfully submitted,

16   Dated: August 2, 2024            WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation
17
18                                    By:  */s/ Joshua A. Baskin*
                                           Joshua A. Baskin
19                                         jbaskin@wsgr.com

20                                    *Counsel for Defendant Substack Inc.*

21   Dated: August 2, 2024            SANDERS LAW GROUP
22
23                                    By:  */s/ Jacqueline Mandel*
                                           Craig Sanders, Esq. (Cal. Bar. 284397)
24                                         Jacqueline Mandel, Esq. (Cal. Bar 317119)
                                           333 Earle Ovington Blvd., Suite 402
25                                         Uniondale, NY 11553
                                           Tel. (516) 203-7600
26                                         Email: csanders@sanderslaw.group
                                           Email: jmandel@sanderslaw.group
27
                                      *Attorneys for Plaintiff*
28

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 5, 2024

/s/ Beth Labson Freeman
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

—

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 5, 2024

/s/ Beth Labson Freeman
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

# SIGNATURE ATTESTATION

I, Joshua A. Baskin, hereby attest that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing of this e-filed document.

Executed this 2nd day of August 2024 at Palo Alto, California.

/s/ *Joshua A. Baskin*
Joshua A. Baskin