Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 127952

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Taggart,<br><br>    Plaintiff,<br><br>    v.<br><br>Substack Inc and Blackbird Spyplane Inc.,<br><br>    Defendant. | **Case No. 5:24-cv-03422-BLF** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//
//
//
//
//

Case No. 5:24-cv-03422-BLF         - 1 -
NOTICE OF DISMISSAL

1  //
2  DATED: September 24, 2024

3  **SANDERS LAW GROUP**

4  By: _/s/ Craig Sanders_
5  Craig Sanders, Esq.
   333 Earle Ovington Blvd, Suite 402
6  Uniondale, NY 11553
   Tel: (516) 203-7600
7  Email: csanders@sanderslaw.group
   File No.: 127952

8  *Attorneys for Plaintiff*